UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 08-14024-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT LEE RIGGINS,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Defendant's Motion to Suppress Statements [D.E. 32].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch, Jr. pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 43]. Judge Lynch issued a Report and Recommendation [D.E. 51] recommending that Defendant's Motion to Suppress be denied. Defendant has filed objections [D.E. 52] and the Government has filed a response [D.E 54].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. The Magistrate's Report fully sets forth the grounds for denial of Defendant's Motion. In filing objections, Defendant submitted, for the Court's consideration, the full transcript of the suppression hearing

conducted before the Magistrate Judge. [See D.E. 52-2.] The Court has reviewed the matter in its entirety. Based thereon, the Court finds Defendant's objection without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 51] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion to Suppress Statements [D.E. 32] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    Counsel of Record